IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

v.                                          CASE NO. 4:10cv261-SPM/WCS

BOARD OF COMMISSIONERS,
UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF FLORIDA,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated July 9, 2010 (doc. 6). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed a motion to present evidence (doc. 7), which was denied (doc. 11), and three statements of fact (docs. 8, 9, 10). The Court has reviewed the materials and they are unintelligible.

I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2.      This case is dismissed for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 10th day of August, 2010.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge